UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

ROBERT GONZALEZ &
GERALDINE MANUEL

: Hon. Dennis M. Cavanaugh

: Crim. No. 08-728 (DMC)

: COMPLEX CASE ORDER

This matter having been opened to the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Lorraine S. Gerson, Assistant U.S. Attorney, appearing), and defendant Robert Gonzalez (Mark NeJame, Esq. and Rick L. Jancha, Esq., appearing), the Court makes the following findings for good cause shown:

1. For the reasons set forth below, this case is sufficiently complex that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by Title 18, United States Code, Section 3161:

   a. the Indictment charges a convoluted fraud scheme with transactions over more than a two-year period and involves other conspirators;

   b. a trial in this matter is likely to involve a very large number of witnesses and significant amounts of documentary evidence, and is likely to be lengthy; accordingly, counsel requires additional time to prepare adequate defenses to the very serious charges in the Indictment; and

c.  due to the nature of the allegations and statutes involved, it is likely there will be substantial pre-trial motions regarding questions of law and fact.

2.  Plea negotiations are currently in progress and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any trial of this matter unnecessary.

3.  Pursuant to Title 18, United States Code, Section 3161(h)8, the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS, therefore, on this 31st day of December, 2008,

ORDERED that for the reasons set forth above, and with the consent of the attorneys for the defendants, this case is so unusual and so complex, due to the nature of the prosecution (a complex fraud scheme), and the existence of numerous questions of law and fact, that it is unreasonable to expect adequate preparation for pre-trial proceedings and for the potentially lengthy trial itself within the time limits established by Section 3161; and it is further

IT IS FURTHER ORDERED that the defendants shall conclude their discovery by January 9, 2009; defense motions shall be filed by January 23, 2009; the government's opposition shall be filed by February 13, 2009; the defendants' replies, if any,

shall be filed by February 25, 2009; argument of the motions is scheduled for April 6, 2009; voir dire shall be submitted by May 4, 2009; and the trial is scheduled for May 11, 2009; and

IT IS FURTHER ORDERED that the period from November 25, 2008 through May 11, 2009, shall be excluded in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8)

HON. DENNIS M. CAVANAUGH
United States District Judge

Consent as to form and entry

Lorraine S. Gerson
Assistant U.S. Attorney

Mark NeJame, Esq.
Attorney for Robert Gonzalez

Rick L. Jancha, Esq.
Attorney for Robert Gonzalez

-3-