UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY (NEWARK)

UNITED STATES OF AMERICA,

    Plaintiff,

Vs.                            CASE NUMBER: 2:08-cr-00728-DMC-2

ROBERT GONZALEZ,

    Defendant.
_____/

## ORDER ON MOTION TO MODIFY BOND

The Defendant having filed his Motion to Modify Bond, and the Court being duly advised;

**IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED BY THE COURT,** that the bond/conditions of release for the Defendant are hereby modified to substitute Ms. Nancy González as a cosigner and guarantor on the bond of the Defendant in lieu of Ms. Leticia Gonzalez.

All other terms and conditions of the bond previously set by this Court will remain in full force and effect.

Done and so Ordered this _16_ day of Feb, 2009.

                                                Honorable Dennis M. Cavanagh
                                                United States District Judge

Copies furnished to:
Clerk of U.S. District Court
Assistant United States Attorney Lorraine S. Gerson, 970 Broad Street, Fifth Floor, Newark, New Jersey 07102
Rick L. Jancha, Esquire, 189 South Orange Avenue, Suite 1800, Orlando, Florida 32801