NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Dennis M. Cavanaugh |
| Plaintiff, | **ORDER** |
| v. | Crim. No. 08-728 (DMC) |
| ROBERT GONZALEZ, | |
| Defendant. | |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon Defendant Robert Gonzalez's emergency motion to travel. The Government opposes Defendant's request.

Defendant is scheduled to be sentenced in this matter on August 17, 2010. On July 8, 2010, Defendant requested that this Court permit him to travel abroad beginning July 17, 2010, and returning on July 27, 2010.

IT IS on this __9th__ day of July, 2010;

**ORDERED** that Defendant's motion to travel is **denied**.

_____
Dennis M. Cavanaugh, U.S.D.J

Original:    Clerk's Office
cc:          All Counsel of Record
             File